IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN HILL,** | Case No. 3:26-cv-01763-CRB |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| **v.** | |
| **SHAFFER, et al.,,** | |
| Defendants. | |

Counsel for Defendants J. Shaffer, G. Infante, L. Pingitore, L. Ekstrom, and J. Sanders filed an administrative motion pursuant to Northern District Local Rules 6-3 and 7-11, to extend the deadline to file and serve their responsive pleading to Plaintiff's complaint from June 30, 2026 to August 14, 2026.

Having considered the motion, the Court finds that good cause exists to grant the requests.

Accordingly, the deadline for Defendants to file and serve their responsive pleading to Plaintiff's complaint is extended to August 14, 2026.

IT IS SO ORDERED.

Dated:   June 25, 2026                                   _____

Charles R. Bryer
United States District Judge

1