UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN TERRELL HILL, H67149,

Plaintiff,

v.

JENNIFER SHAFFER, et al.,

Defendant(s).

Case No. 26-cv-01763-CRB  (PR)

**ORDER REGARDING SERVICE OF JESSICA DUMAS**

(ECF No. 14)

On May 18, 2026, the court screened plaintiff's complaint under 42 U.S.C. § 1983 and found that his allegations that various California Board of Parole Hearings (BPH) officials and BPH-appointed counsel denied and/or conspired to deny plaintiff his due process right to a fair and unbiased parole suitability process and panel appear to state arguably cognizable claims under § 1983 against BPH officials Jennifer Shaffer, Gilbert Infante, Letizia Pingitore, Leanne Ekstrom and Jeannette Sanders, and BPH-appointed counsel Jessica Dumas, and ordered them served.

BHP defendants Shaffer, Infante, Pingitore, Ekstrom and Sanders move to correct the docket to reflect that Dumas, who is not a BPH official, has not been properly served with the summons and complaint, and request that the court void or otherwise cancel the proof of service on Dumas, and instruct the clerk to reissue summons and re-serve Dumas.

Good cause appearing, defendants' request (ECF No. 14) is GRANTED. The proof of service on Jessica Dumas (ECF No. 11 at 3) is voided, and the clerk is instructed to re-issue summons and USM-285 form, and the United States Marshal is ordered to serve, without prepayment of fees, copies of the operative complaint (ECF No. 1), order of service (ECF No. 7) and of this order, on defendant Jessica Dumas at 132 W. Gabilan St., Suite 212, Salinas, CA 93901.

**IT IS SO ORDERED**.

Dated:  July 7, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California