United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TERRELL HILL, H67149,<br>Plaintiff,<br>v.<br>JENNIFER SHAFFER, et al.,<br>Defendant(s). | Case No. 26-cv-01763-CRB (PR)<br>**ORDER REGARDING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br>(ECF No. 20) |

In view of defendants' pending motion to dismiss, their motion for an extension of time to file a motion for summary judgment (ECF No. 20) is DISMISSED as unnecessary. The court will set a deadline for a motion for summary judgment or other dispositive motion after it rules on the pending motion to dismiss, if needed.

The clerk is directed to terminate the motion appearing on ECF as item number 20.

**IT IS SO ORDERED**.

Dated: August 13, 2026

CHARLES R. BREYER
United States District Judge