United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN TERRELL HILL, H67149,

Plaintiff,

v.

JENNIFER SHAFFER, et al.,

Defendant(s).

Case No. 26-cv-01763-CRB (PR)

**ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE**

(ECF No. 26)

Defendant Jessica Dumas has filed a motion to dismiss plaintiff's prisoner complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim against her on which relief can be granted and has noticed a hearing on the motion for October 30, 2026.

The hearing noticed for October 30, 2026, is VACATED. Plaintiff shall file a response to Dumas' motion to dismiss by October 23, 2026, and Dumas shall file a reply to plaintiff's response within 7 days of the date on which the response is filed on ECF.

**IT IS SO ORDERED**.

Dated: October 8, 2026

CHARLES R. BREYER
United States District Judge